```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. THOMAS & ST. JOHN
```

INTERNATIONAL SALES AND          )
CONSULTANTS, INC.                )
                                 )
            Plaintiff,           )
                                 )      Civil No. 2009-100
        v.                       )
                                 )
R & R CARIBBEAN, INC., REED &    )
REED, AND RRCI CONSTRUCTORS,     )
LLC                              )
                                 )
            Defendants.          )
_____

**ATTORNEYS:**

**Michael E. Fitzsimmons, Esq.**
St. Thomas, U.S.V.I.
   *For the plaintiff.*

**John H. Benham, Esq.**
St. Thomas, U.S.V.I.
   *For defendants R & R Caribbean, Inc and Reed & Reed.*

**David J. Perkins, Esq.**
St. Thomas, U.S.V.I.
   *For defendant RRCI Constructors, LLC.*

## ORDER

**GÓMEZ, C.J.**

   The Court has been advised that this action has been settled.  The premises considered,

   **IT IS HEREBY ORDERED** that the trial setting is **VACATED** and all pending motions are denied without prejudice.

   **IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent

*Int'l Sales and Consultants, Inc. v. R & R Caribbean, Inc.*
Civil No. 2009-100
Order
Page 2

judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

                                      S_____
                                        **CURTIS V. GÓMEZ**
                                          **Chief Judge**